# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

2007 MAY 21  PM 4: 08

RECEIVED      FILED
CAMERON S. BURKE,
CLERK, IDAHO

PLANNED PARENTHOOD OF IDAHO,
INC.; et al.,

  Plaintiffs - Appellees,

v.

LAWRENCE WASDEN, Attorney
General of the State of Idaho; et al.,

  Defendants - Appellants.

No.   05-36155

D.C. No.  CV-05-00148-BLW

**JUDGMENT**

Appeal from the United States District Court for the District of Idaho
(Boise).

On consideration whereof, it is now here ordered and adjudged by this
Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 04/26/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 18 2007

by
    Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLANNED PARENTHOOD OF IDAHO, INC.; GLENN H. WEYHRICH, M.D., | No. 05-36155 |
| Plaintiffs - Appellees, | D.C. No. CV-05-00148-BLW<br>District of Idaho,<br>Boise |
| v. | |
| LAWRENCE WASDEN, Attorney General of the State of Idaho; GREG BOWER, Ada County Prosecuting Attorney, | ORDER |
| Defendants - Appellants. | |



Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

This appeal arose from a preliminary injunction against the enforcement of

Idaho House Bill No. 351, 2005 Idaho Laws Ch. 393, which concerned parental

consent and post-abortion parental notification for minors' abortions. On appeal,

the defendants did not dispute the district court's opinion with regard to the law's

constitutional merits. Rather, they challenged only the district court's decision not

to sever the invalidated portions of House Bill No. 351 from the remainder of the

law, and the resulting injunction, which enjoined enforcement of the entire law.

Due to the Idaho legislature's subsequent passage of a law that repeals and

replaces House Bill No. 351, the defendants now ask us to dismiss their appeal as

defendants effectively appealed only the portion of the injunction extending to the non-challenged sections of House Bill No. 351.  As an appellate court, we do not vacate rulings as to which there was no appeal, even if the circumstances giving rise to the ruling changes. *See Karcher v. May*, 484 U.S. 72, 83 (1987). Furthermore, the considerations in favor of vacatur by an appellate court are diminished in a case like this, in which the appeal is only interlocutory and proceedings are still pending before the district court. *See generally* 13A CHARLES ALAN WRIGHT, ARTHUR R. MILLER, & EDWARD H. COOPER, FEDERAL PRACTICE AND PROCEDURE § 3533.10 & n.33 (2d. ed. 1984 & Supp. 2006).

Thus, we will simply dismiss the appeal as moot.  The parties are free to address to the district court requests for vacatur of the preliminary injunction and the opinion accompanying it, as well as to propose the appropriate disposition of the underlying case.

**DISMISSED.**

A TRUE CO[.]
CATHY A. CAD[...]SON
Clerk of Court
ATTEST

MAY 1 8 2007

by
Deputy Clerk

3

INTERNAL USE ONLY: Proceedings include all events.
05-36155 Planned Parenthood I, et al v. Wasden, et al

PLANNED PARENTHOOD OF IDAHO,          Louise Melling
INC.                                  FAX 212/549-2212
    Plaintiff - Appellee       212/549-2637
                                      [NTC ret]
                                      Chakshu Patel
                                      212/549-2500
                                      18th Floor
                                      [COR LD NTC ret]
                                      ACLU - AMERICAN CIVIL LIBERTIES
                                      UNION FOUNDATION
                                      125 Broad St.
                                      New York, NY 10004

                                      Helene T. Krasnoff
                                      FAX 202/293-4349
                                      202/973-4890
                                      [COR LD NTC ret]
                                      PLANNED PARENTHOOD FED OF
                                      AMERICA
                                      1780 Massachusetts Avenue NW
                                      Washington, DC 20036

                                      Alan C. Herzfeld, Esq.
                                      208/331-9200
                                      [COR LD NTC ret]
                                      HERZFELD & PIOTROWSKI
                                      713 W. Franklin
                                      P.O. Box 2864
                                      Boise, ID 83701-2864

GLENN H. WEYHRICH, M.D.               Louise Melling
    Plaintiff - Appellee       (See above)
                                      [ret]
                                      Chakshu Patel
                                      (See above)
                                      [COR LD NTC ret]

                                      Helene T. Krasnoff
                                      (See above)
                                      [COR LD NTC ret]

                                      Alan C. Herzfeld, Esq.
                                      (See above)
                                      [COR LD NTC ret]


   v.


LAWRENCE WASDEN, Attorney             Jeremy Chou, Esq.
General of the State of Idaho         FAX 208/334-2208
    Defendant - Appellant      208/334-2400
                                      [COR LD NTC dag]
                                      Michael G. McPeek
                                      FAX 208/334-2208

Docket as of April 26, 2007 8:00 am                Page 2    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
05-36155 Planned Parenthood I, et al v. Wasden, et al

                                208/334-2400
                                [dag]
                                AGID - OFFICE OF THE IDAHO
                                ATTORNEY GENERAL (BOISE)
                                P.O. Box 83720
                                Boise, ID 83720-0010

GREG BOWER, ada County          Jeremy Chou, Esq.
Prosecuting Attorney            (See above)
        Defendant - Appellant   [COR LD NTC dag]
                                Michael G. McPeek
                                (See above)
                                [dag]